■ GLORIA SIEGEL et al., Appellants, v CITY OF NEW YORK,
Respondent. [707 NYS2d 862] —In an action to recover damages
for personal injuries, etc., the plaintiffs appeal from an order of
the Supreme Court, Kings County (Hutcherson, J.), dated
March 9, 1999, which denied their motion pursuant to CPLR
3126 (3) to strike the answer of the defendant City of New
York.

Ordered that the order is affirmed, with costs.

Under the circumstances of this case, the Supreme Court
providently exercised its discretion in denying the plaintiffs'
motion to strike the defendant's answer (*see,* CPLR 3126; *Fellin
v Sahgal,* 268 AD2d 456; *Kamar v City of New York,* 262 AD2d
57; *Smith v New York Tel. Co.,* 235 AD2d 529). O'Brien, J. P.,
Sullivan, Friedmann and Feuerstein, JJ., concur.